■ DEBORAH A. FARLEY et al., Respondents, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.—Order unanimously affirmed with costs. Memorandum: Because plaintiffs have demonstrated that the damages might well

reach into the excess coverage, a declaratory judgment action is the appropriate vehicle to determine whether coverage exists under the State Farm policy *(see, State Farm Fire & Cas. Co. v LiMauro,* 103 AD2d 514, 518, *affd* 65 NY2d 369; *Hollander v Nationwide Mut. Ins. Co.,* 60 AD2d 380, 383, *lv denied* 44 NY2d 646; *Post v Metropolitan Cas. Ins. Co.,* 227 App Div 156, *affd* 254 NY 541). Plaintiffs, as the injured parties, have standing to commence this action *(see, Reliance Ins. Co. v Garsart Bldg. Corp.,* 122 AD2d 128, 131; *Curreri v Allstate Ins. Co.,* 37 Misc 2d 557). Moreover, although plaintiffs initially neglected to join Pamela Lautner as a defendant, Supreme Court properly granted plaintiffs' request to add her as a party defendant *(see,* CPLR 1001 [a]) so the case is now in the proper posture. (Appeal from order of Supreme Court, Monroe County, Siracuse, J.—summary judgment.) Present— Dillon, P. J., Callahan, Green, Pine and Balio, JJ.